IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELLIOT S. HENLEY,
MARIA H. HENLEY

           Plaintiffs,

    v.

MICHAEL CHERTOFF, Secretary of
Homeland Security; JONATHAN SCHARFEN,
Acting Director of the United States Citizenship
& Immigration Service; RUTH DOROCHOFF,
Chicago District Director of the United States
Citizenship & Immigration Service; MICHAEL
B. MUKASEY, Attorney General of the United
States,

           Defendants.

Case No.

Civil Action
 FILED: AUGUST 18, 2008
     08CV4697
     JUDGE ST. EVE
     MAGISTRATE JUDGE MASON
     NF

## COMPLAINT FOR WRIT OF MANDAMUS

NOW COME Plaintiffs, ELLIOTT SINCLAIR HENLEY ("Elliott") and MARIA HELEN

HENLEY ("Maria"), by and through their attorneys, AZULAYSEIDEN LAW GROUP, and as for their

Complaint for Writ of Mandamus against Defendants state as follows:

## NATURE OF COMPLAINT

1.     In November 2002, Maria, a Philippine citizen in the United States married a

United States citizen, Elliott.  In October 2003, Elliott filed a valid Petition for Alien Relative

("Form I-130"), and Maria concurrently filed a valid Application for Lawful Permanent Resident

Status ("Form I-485"), both with the United States Citizenship & Immigration Services ("USCIS"

or "the Service") in Chicago, Illinois. Defendants have failed to adjudicate Elliott's petition for

Maria and Maria's application, despite repeated requests by both Elliott and Maria. Plaintiffs bring

this suit to compel Defendants to finally make a decision on their Forms I-130 and I-485.

## PARTIES

2.      Plaintiff Maria is a native and citizen of the Philippines, and legally entered the United States in October 2001 on a business visa.  Elliot married Maria on December 9, 2002, in Kane County, Illinois.  On or about October 7, 2003, Maria filed Form I-485, which remains pending with USCIS in Chicago, Illinois.

3.      Plaintiff Elliot, a United States citizen, married Maria on December 9, 2002, in Kane County, Illinois.  On October 7, 2003, Elliott filed Form I-130 on behalf of his wife. The Form I-130 for his wife remains pending with USCIS in Chicago, Illinois.

4.      Defendant Michael Chertoff ("Chertoff") is the Secretary of the Department of Homeland Security ("DHS").  He is sued in his official capacity.  DHS is a Cabinet department of the United States federal government.  Chertoff is responsible for the adjudication of Maria's application pursuant to 8 USC §1225.

5.      Defendant Jonathan Scharfen ("Scharfen") is the Acting Director of USCIS.  He is sued in his official capacity. USCIS is a component of DHS and is responsible for the administration of immigration and naturalization adjudication functions, including, *inter alia*, adjudication of immigrant visa petitions and permanent resident adjustment of status applications.

6.      Defendant Ruth Dorochoff ("Dorochoff") is the Chicago District Director of USCIS.  She is sued in her official capacity.  The Chicago Office has jurisdiction over the Henleys, who are Illinois residents.

7.      Defendant Michael B. Mukasey ("Mukasey") is the Attorney General of the United States and the head of the Department of Justice.  He is sued in his official capacity.

## JURISDICTION

8.    This Court has original jurisdiction to hear both civil actions arising under the laws of the United States and actions to compel an officer or employee of the United States or any agency thereof to perform a duty.    28 USC §1331; 28 USC §1361. This Court also has jurisdiction to grant declaratory relief pursuant to 28 USC §§2201-2202.    Relief is requested pursuant to said statutes.

9.    This action is brought to compel Defendants, who are officers of the United States, to perform their duties arising under the law of the United States.

10.    This Court has jurisdiction to hear actions arising from claims that an agency or an officer or employee of a government agency failed to act in its official capacity and the person to whom the duty owed suffered a legal wrong.  5 USC §702.

11.    This action further invokes Elliott's and Maria's right of due process under the Fifth Amendment of the United States Constitution, a claim that grants this Court jurisdiction. 28 USC §1331.

12.    Moreover, federal courts maintain jurisdiction over adjudication matters when USCIS refuses to adjudicate their applications. *Iddir v. INS*, 166 F. Supp. 2d 1250, 1260 (N.D. Ill. 2001).

13.    Furthermore, this Court maintains jurisdiction because Elliott and Maria seek to have his petition and her application adjudicated, which is among the duties conferred upon Defendants by Congress.   *Id*. at 1256.   The Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA") does not divest this Court of jurisdiction because Elliott and Maria are not seeking a review of a denial; they merely seek to have his petition and her application adjudicated.

## VENUE

14.     Venue is proper in this Court pursuant to 28 USC §1391(e) in that this is an action against officers and agencies of the United States in their official capacities, brought in the district where Plaintiffs reside, and where a substantial part of the events or omissions giving rise to Elliott's and Maria's claim occurred.

15.     Elliott's and Maria's Forms I-130 and I-485 were properly filed and, to Elliott's and Maria's knowledge, remain pending with the Chicago USCIS District Director.

## EXHAUSTION OF REMEDIES

16.     Elliott and Maria have exhausted all administrative remedies.  Elliott and Maria have made numerous inquiries concerning the status of their Application and Petition, and Defendants have failed to properly respond.

## CAUSE OF ACTION

17.     Maria is a native and citizen of the Philippines, who entered the United States in October of 2001 on a valid business visa.

18.     Maria married a United States citizen, Elliott, on December 9, 2002 in Kane County, Illinois.

19.     On or about October 7, 2003, Elliot filed Form I-130 on behalf of his wife, and Maria concurrently filed Form I-485. The I-130 Petition for Maria and Maria's I-485 Application remain pending with USCIS in Chicago, Illinois. A true and correct copy of both receipt notices is attached hereto as **Exhibit 1.**

20.     On or about January 26, 2004, Elliott filed a Form I-130 for his step-daughter, Chezka Eusebio.  On or about October 29, 2004, Elliott's Form I-130 Petition for his

stepdaughter, Chezka Eusebio, was approved. A true and correct copy of this approval notice is attached hereto as **Exhibit 2.**

21.    On or about December 1, 2004, Elliott and Maria attended their first interview for Maria's Form I-485 with Officer Ellis in Chicago, Illinois. A true and correct copy of the interview notice is attached hereto as **Exhibit 3.** A Request for Evidence ("RFE") was issued at this time. Eliott and Maria timely responded to the RFE.

**22.**    On or about December 13, 2004, Chezka filed a Form I-485 based on her approved I-130 petition filed by her stepfather. A true and correct copy of her interview notice with filing date is hereto attached as **Exhibit 4.**

23.    On April 8, 2005, Elliott and Maria attended their second interview with Officer Ellis for Maria's Form I-485. A true and correct copy of the interview notice is attached hereto as **Exhibit 5.**

24.    On or about August 11, 2005, Chezka and Elliott attended her interview for her Form I-485 in Chicago, Illinois. They were told that a decision could not be reached on her application until her mother's had been adjudicated and approved.  A true and correct copy of the interview notice is attached hereto as **Exhibit 4.**

25.    On November 21, 2005, Elliott submitted a phone inquiry requesting the return on an original document collected at their interview. The USCIS Chicago Office instructed Elliott to submit a completed Form G-884. A true and correct copy of this correspondence is attached hereto as **Exhibit 6**.

26.    On or about May 15, 2006, Maria submitted a phone inquiry concerning the status of her Form I-485. The USCIS Chicago Office responded that, "We are actively processing this

case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice from us within 6 months of this letter, please call customer service at the number provided below." A true and correct copy of this correspondence is attached hereto as **Exhibit 7**.

27.    On May 6, 2008, Elliott and Maria's attorneys submitted an email inquiry concerning the status of Elliot and Maria's case. The plaintiffs' attorneys requested adjudication of Eliott and Maria's case and further advised that they had been retained to pursue the Mandamus action. A true and correct copy of this correspondence is attached hereto as **Exhibit 8**.

28.    On August 12, 2008, USCIS responded to undersigned counsel, stating that "the processing of your client's case has been delayed because the required investigation into her background is still in process. Until the background investigation is completed, we cannot move forward on her case." A true and correct copy of this correspondence is attached hereto as **Exhibit 9.**

29.    Additional evidence regarding the continuing validity of Elliott and Maria's marriage is attached hereto as **Exhibit 10**, for USCIS' consideration.

30.    Elliott and Maria have been greatly damaged by the failure of Defendants to act in accordance with their duties under law. They have a meritorious Petition and Application, which cannot be adjudicated because of Defendants' refusal to do so.

31.    Defendants' delay in the processing of Maria's Application and Elliott's Petition has further deprived Elliot and Maria of their right to due process under the law as provided by the Fifth Amendment of the United States Constitution.

32.     Defendants, in violation of the Administrative Procedure Act, 5 USC. §701, *et seq.*, are unlawfully withholding and unreasonably delaying action on Maria's and Chezka's Applications and Elliott's Petition and have subsequently failed to carry out the adjudicative functions delegated to them by law with regard to Elliott and Maria's case.

33.     Elliott and Maria have made numerous status inquiries in the attempt to secure adjudication of their Applications and Petition, all to no avail.  Accordingly, Elliot and Maria have been forced to pursue the instant action.

<u>**REQUEST FOR RELIEF**</u>

WHEREFORE, Elliott and Maria request that this Honorable Court enter an order:

(a)     Requiring Defendants to adjudicate Maria's and Chezka's Applications for Lawful Permanent Resident Status (Forms I-485) and Elliott's Petition for Alien Relative (Form I-130) for his wife;

(b)     Awarding Elliott and Maria reasonable attorney's fees pursuant to 28 USC §2412 for failure of Defendants to perform their duties within a reasonable amount of time; and

(c)     Granting such other relief at law and in equity as justice may so require.

Respectfully submitted,

s/Taiyyeba Safri

Taiyyeba Safri
AZULAYSEIDEN LAW GROUP
Counsel for Plaintiff
205 North Michigan Avenue, 40th Floor
Chicago, Illinois 60601
312.832.9200

# THE UNITED STATES OF AMERICA

| Receipt Number:<br><br>MSC-04-015-14551 | | Case Type:<br><br>I-130 - Petition for Alien Relative | |
|---|---|---|---|
| Received Date:<br><br>October 07, 2003 | Priority Date: | Applicant:<br><br>HENLEY, ELLIOTT | |
| Notice Date:<br>October 22, 2003 | Page      1 OF 1 | ASC Code: | |

| ELLIOTT HENLEY<br>1414 S 14TH ST APT C<br>SAINT CHARLES  IL  60174 | Notice Type:          Receipt Notice<br><br>Amount Received:          $130.00 |
|---|---|

The above application/petition has been received.  **Please notify us immediately if any of the above information is incorrect.**  Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.  If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.


          08CV4697

          JUDGE ST. EVE

          MAGISTRATE JUDGE MASON

          NF


If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283.  For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. BOX 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



EXHIBIT
1

## THE UNITED STATES OF AMERICA

| Receipt Number:<br><br>MSC-04-015-14552 | Case Type:<br><br>I-485 - Application to Register Permanent Residence or Adjust Status |
|---|---|

| Received Date:<br>October 07, 2003 | Priority Date: | Applicant:     A097509270<br>HENLEY, MARIA HELEN |
|---|---|---|

| Notice Date:<br>October 21, 2003 | Page          1 OF 1 | ASC Code:    3 |
|---|---|---|

MARIA HELEN HENLEY
1414 C S 14TH ST
ST CHARLES IL 60174

| Notice Type:          Receipt Notice |
|---|
| Amount Received:          $305.00 |

The above application has been received.  **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## FINGERPRINTING AND BIOMETRICS-
The next step is to have your fingerprints and biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at  **1-800-375-5283** to schedule your appointment.  For TDD hearing impaired assistance, please call  **1-800-767-1833**.

It is important that you schedule your appointment.  If you do not schedule or appear for your appointment, it could cause your application to be denied.  If you need to reschedule your appointment, please call the NCSC at  **1-800-375-5283**.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment.  Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.**

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
85722 ON 10/29/03
FINGERPRINTS QA REVIEW BY
85722 ON 10/29/03

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. BOX 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-04-077-51039 | | CASE TYPE  I130    IMMIGRANT PETITION FOR RELATIVE,<br>FIANCE(E), OR ORPHAN |
|---|---|---|
| RECEIPT DATE<br>January 26, 2004 | PRIORITY DATE<br>January 26, 2004 | PETITIONER<br>HENLEY, ELLIOTT S. |
| NOTICE DATE<br>October 29, 2004 | PAGE<br>1 of 1 | BENEFICIARY<br>EUSEBIO, CHEZKA J. |

| | |
|---|---|
| ELLIOTT S. HENLEY<br>407 S 19TH ST APT C<br>SAINT CHARLES IL 60174-3516 | Notice Type:  Approval Notice<br>Section: Unmarried child (under age 21)<br>          of U.S. Citizen, 201(b) INA |

The above petition has been approved.  The petition indicates that the person for whom you are petitioning is in the
United States and will apply for adjustment of status.  He or she should contact the local INS office to obtain Form
I-485, Application for Permanent Residence.  A copy of this notice should be submitted with the application.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition,
the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office
to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action.  The NVC also determines which
consular post is the appropriate consulate to complete visa processing.  It will then forward the approved petition to
that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.


          08CV4697

          JUDGE ST. EVE

          MAGISTRATE JUDGE MASON

          NF


Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



EXHIBIT
2

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | NOTICE DATE October 04, 2004 |
|---|---|
| CASE TYPE<br>FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#<br>A 097 509 270 |

| APPLICATION NUMBER<br>MSC0401514552 | RECEIVED DATE<br>October 07, 2003 | PRIORITY DATE<br>October 07, 2003 | PAGE<br>1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS

MARIA HELEN J HENLEY
1414 C S 14TH ST
ST CHARLES IL 60174

.08CV4697

JUDGE ST. EVE

MAGISTRATE JUDGE MASON

NF

PLEASE COME TO: U.S. Citizenship and Immigration Services

230 S. DEARBORN STREET
KLUCZYNSKI FEDERAL BLDG
2ND FLOOR
CHICAGO IL 60604
12    .

**ON:**    Wednesday, December 01, 2004
**AT:**    08:35 AM

You are hereby notified to appear for the interview appointment, as scheduled above, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485). **Failure to appear may result in the denial of your application.**

**Who should come with you?**
- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter who is neither a relative nor an interested party in your application.
- Your attorney or authorized representative may come with you to the interview.

NOTE: Every adult who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**What MUST you bring?**
- Bring this Interview Notice.
- Bring your Government-issued photo identification.
- Bring all your Passports and any other documents, including your Arrival/Departure Document (Form I-94), used to enter the United States.
- Bring your Birth Certificate.
- Bring all documentation establishing your eligibility for Lawful Permanent Resident status (see below: "What else should you bring?").
- Bring all immigration-related documentation ever issued to you.
- Bring both originals and photocopies of all supporting documents. Otherwise, we may keep your originals for our records.
- Bring a certified English translation for each document not in English. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**What else should you bring?**
- Bring any Employment Authorization card or paper, and any Authorization for Advance Parole (Form I-512) ever issued to you.
- Bring your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for each of your children.
- If you are married, bring your Marriage Certificate.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as joint financial documents, joint legal documents, joint insurance policies, and photos.
- If you have not already submitted it, bring a completed medical examination (Form I-693) and vaccination supplement in a sealed envelope.
- Bring your Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years.
- If you are employed, bring letters from each of your current employers on company stationery, verifying your current rate of pay and average weekly hours, and bring your pay stubs for the past 2 months.
- Bring completed Affidavit(s) of Support (Form I-864), with all required evidence, including the following for each of your sponsors:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - Letters from each current employer on company stationery, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have ever been arrested, for each arrest, bring the related Police Report and the original or certified Final Court Disposition, even if the charges have been dismissed or expunged. If no court record is available, furnish a letter from the court with jurisdiction indicating this.

**PLEASE MAKE EVERY EFFORT TO KEEP YOUR APPOINTMENT,** even if you do not have all the listed items. If an emergency, such as the hospitalization of a close relative, prevents you from appearing, call the Citizenship and Immigration Services (CIS) customer service as soon as possible. Please be advised that rescheduling will delay processing, may require some steps to be repeated, and will affect your eligibility for other immigration benefits while this application is pending.

**If you have questions, please call CIS customer service at 1-800-375-5283 (hearing impaired TDD service is 1-800-7...**



**EXHIBIT 3**

APPLICANT COPY

Form I-797...

## THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | NOTICE DATE<br>April 29, 2005 |
|---|---|
| CASE TYPE<br>FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#<br>A 099 227 554 |

| APPLICATION NUMBER<br>MSC0507515392 | RECEIVED DATE<br>December 13, 2004 | PRIORITY DATE<br>December 13, 2004 | PAGE<br>1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS

CHEZKA J EUSEBIO
407 S 19TH ST APT C
SAINT CHARLES IL 60174

PLEASE COME TO: U.S. Citizenship and Immigration Services

230 S. DEARBORN STREET
KLUCZYNSKI FEDERAL BLDG
2ND FLOOR
CHICAGO IL 60604

08CV4697
JUDGE ST. EVE
MAGISTRATE JUDGE MASON

ON: Thursday, August 11, 2005
AT: 01:00 PM

You are hereby notified to appear for the interview appointment, as scheduled above, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485). **Failure to appear may result in the denial of your application.**

### Who should come with you?

- If your eligibility is based on your marriage, your husband or wife **must** come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter who is neither a relative nor an interested party in your application.
- Your attorney or authorized representative may come with you to the interview.

NOTE: Every adult who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

### What **MUST** you bring?

- Bring this Interview Notice.
- Bring your Government-issued photo identification.
- Bring all your Passports and any other documents, including your Arrival/Departure Document (Form I-94), used to enter the United States.
- Bring your Birth Certificate.
- Bring all documentation establishing your eligibility for Lawful Permanent Resident status *(see below: "What else should you bring?")*
- Bring all immigration-related documentation ever issued to you.
- Bring both originals and photocopies of all supporting documents. Otherwise, we may keep your originals for our records.
- Bring a certified English translation for each document not in English. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

### What else should you bring?

- Bring any Employment Authorization card or paper, and any Authorization for Advance Parole (Form I-512) ever issued to you.
- Bring your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for each of your children.
- If you are married, bring your Marriage Certificate.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as joint financial statements, joint legal documents, joint insurance policies, and photos.
- If you have not already submitted it, bring a completed medical examination (Form I-693) and vaccination supplement in a sealed envelope.
- Bring your Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years.
- If you are employed, bring letters from each of your current employers on company stationery, verifying your current rate of pay and average weekly hours, and your pay stubs for the past 2 months.
- Bring completed Affidavit(s) of Support (Form I-864), with all required evidence, including the following for each of your sponsors:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - Letters from each current employer on company stationery, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have ever been arrested, for each arrest, bring the related Police Report and the original or certified Final Court Disposition, even if the charges have been dismissed or expunged. If no court record is available, furnish a letter from the court with jurisdiction indicating this.

**PLEASE MAKE EVERY EFFORT TO KEEP YOUR APPOINTMENT,** even if you do not have all the listed items. If an emergency, such as the hospitalization of a close relative, prevents you from appearing, call the Citizenship and Immigration Services (CIS) customer service as soon as possible. Please be advised that rescheduling will delay processing, may require some steps to be repeated, and will affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call CIS customer service at 1-800-375-5283 (hearing impaired TDD service is 1-800-7...

APPLICANT COPY



EXHIBIT
4

Form

08CV4697

JUDGE ST. EVE

MAGISTRATE JUDGE MASON

NF

**U.S. Department of Homeland Security**
10 W. Jackson Blvd.
Chicago, IL. 60604



**U.S. Citizenship
and Immigration
Services**

March 23, 2005

Maria Henley
407 C S. 19th St
St Charles, IL 60174

A097 509 270

Please come to the shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | USCIS<br>230 S. DEARBORN, 23RD FL.<br>CHICAGO, IL. 60604 |
|---|---|
| DATE AND HOUR | Friday, April 8, 2005<br>9:00 AM |
| ASK FOR | R. Ellis, DAO |
| REASON FOR APPOINTMENT | Interview |
| BRING WITH YOU | Please bring this notice, all passports, and photo IDs. The petitioner must be present as well. |

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.**

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU. FAILURE TO APPEAR MAY RESULT IN THE DENIAL OF YOUR REQUEST, TERMINATION OF YOUR STATUS AND DEPORTATION FROM THE UNITED STATES. IF YOU ARE UNABLE TO ATTEND THE INTERVIEW, YOU MUST NOTIFY IN WRITING PRIOR TO THE APPOINTMENT SPECIFYING THE REASON FOR YOUR CANCELLATION.**

**If you are unable to do so, state your reason, sign below and return this letter to this office at once.**

| I am unable to keep the appointment because: | |
|---|---|
| SIGNATURE | DATE: |

Very truly yours,

Michael M. Comfort
District Director

**EXHIBIT
5**

Form G-56

08CV4697
JUDGE ST. EVE
MAGISTRATE JUDGE MASON
NF



**U.S. Department of Homeland Security**
USCIS
10 West Jackson Boulevard
Chicago, IL 60604

**U.S. Citizenship
and Immigration
Services**

Wednesday, January 18, 2006

MARIA HELEN J HENLEY
407 S 19TH ST
APT C
SAINT CHARLES IL 60174

Dear MARIA HELEN J HENLEY:

On 11/21/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | HENLEY, ELLIOTT |
| **Caller indicated they are:** | A translator |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 10/04/2004 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | HENLEY, MARIA HELEN, J |
| **Your USCIS Account Number (A-number):** | A097509270 |
| **Type of service requested:** | Return of Original Document |

The status of this service request is:

*MAIL TO*

Please mail in a G-884 form to request a return of original documents. Bureau of Citizenship & Immigration Services
10 West Jackson Boulevard
Chicago, IL  60604    *ATTN: G-884*

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 01-18-2006 12:22 PM EST

**EXHIBIT**

6

JUDGE ST. EVE
MAGISTRATE JUDGE MASON
NF



**U.S. Department of Homeland Security**
USCIS
10 West Jackson Boulevard
Chicago, IL 60604

**U.S. Citizenship and Immigration Services**

Thursday, May 18, 2006

MARIA HELEN J HENLEY
407 S 19TH ST
APT C
ST CHARLES IL 60174

Dear MARIA HELEN J HENLEY:

On 05/15/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 10/07/2003 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | HENLEY, MARIA HELEN, J |
| **Your USCIS Account Number (A-number):** | A097509270 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

EXHIBIT
7

| From: | Taiyyeba Safri [tsafri@azulayseiden.com] | |
|---|---|---|
| Sent: | Tuesday, May 06, 2008 5:23 PM | MAGISTRATE JUDGE MASON |
| To: | Katy.Leung@DHS.gov | NF |
| Cc: | CAO.PILOT@DHS.GOV | |
| Subject: | Long-pending adjustment, MSC0401514552, A97509270 [AZULAYSEIDEN-WORKSITE.FID550544] | |
| Attachments: | Follow Up Inquiry.pdf; Follow Up Inquiry.pdf; Follow Up Inquiry.pdf; Follow Up Inquiry.pdf | |

Dear Chief Leung:

Our office represents the adjustment applicant, Maria Helen Henley, A97 509 270, and her U.S. citizen petitioning husband, Elliott Henley. Our G-28s are attached. He filed his I-130 petition for her and she filed her I-485 application concurrently on October 7, 2003. Please see attached I-130 Petition Receipt Notice and I-485 Interview Notice showing filing date. They attended two interviews with Officer Ellis, the first on December 1, 2004, and the second on April 8, 2005. See attached interview notices. They last followed-up on the status of the application and petition on May 15, 2006. See the attached response to their Inquiry, dated May 18, 2006. The online case status inquiry states that a Request for Evidence was issued on December 1, 2004. My clients believe they responded prior to attending the second interview. Mr. Henley has two approved I-130 petitions for his step-children, one of whom also has an adjustment application pending the approval of Mrs. Henley's adjustment. They are still happily married and living together. We are more than willing to provide evidence of their continuing marriage, if necessary. If no further information is needed, please proceed with immediate adjudication, as our office has been retained to pursue a mandamus action. Thank you very much for your attention.

Taiyyeba Safri

Attorney at Law

AZULAYSEIDEN LAW GROUP

205 North Michigan Avenue | 40th Floor | Chicago, Illinois 60601

ph. 312.832.9200 x143 | fx. 312.363.6143 | www.azulayseiden.com

This e-mail and any attachments thereto, is intended only for use by the named addressee(s) and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you received this e-mail in error please immediately notify the sender at the AzulaySeiden Law Group by sending a reply e-mail or by phoning the sender at 312.832.9200 and permanently delete the original copy and any copy of any e-mail, and any printout thereof. Thank you.

1



EXHIBIT
8

08CV4697
JUDGE ST. EVE
MAGISTRATE JUDGE MASON

**Taiyyeba Safri**

| | | |
|---|---|---|
| **From:** | White, Barbara J [barbara.white@dhs.gov] | NF |
| **Sent:** | Tuesday, August 12, 2008 8:07 AM | |
| **To:** | Taiyyeba Safri | |
| **Subject:** | E-mail Inquiry Completed | |
| **Attachments:** | CHI-785120.doc | |

EXHIBIT

9



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
Domestic Operations Directorate
Washington, DC 20529

**U.S. Citizenship
and Immigration
Services**

HQCIS 181/48.2-C

Taiyyeba Safri
Attorney at Law

E-mail: tsafri@azulayseiden.com

Ref: Maria Helen Henley

Dear Ms. Safri:

Thank you for your e-mail dated May 06, 2008, to the U.S. Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

We regret the length of time it has taken to process your client's Form I-485, Application to Register Permanent Residence or Adjust Status. Our records reflect that the processing of your client's case has been delayed because the required investigation into her background is still in process. Until the background investigation is completed, we cannot move forward on her case.

Please understand that the review is part of the process in adjudicating cases of similar nature. While an exact date for completion of the review cannot be given at this time, we will make every effort to make a decision on this case as soon as the review is completed.

We appreciate your continued patience. If your client needs additional assistance or filing instructions, we invite her to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our web site at www.uscis.gov.

Sincerely,

Paul Onyango, Acting Supervisor
Customer Assistance Office

CHI-785120

bw

08CV4697
JUDGE STEVE
MAGISTRATE JUDGE MASON
NF

**Table of Contents for Evidence to Establish that the Henleys Entered into their Marriage in Good Faith**

U.S. Passport Pages for Elliott showing his travel to the Philippines, from 4/6/2002 to 4/26/2002, and again from 12/25/2002- 2/1/2003, to meet Maria's family and ask for their acceptance of the marriage

Joint Illinois Insurance Card with Application

Joint American Express account statement showing activity for each spouse

Joint TCF Bank account statement

Affidavit of Brenda Taylor, Elliott's cousin, attesting to her knowledge of the marriage

Affidavit of Jimmie Goodloe, Elliott's aunt, attesting to her knowledge of the marriage

Affidavit of Marcell LeFlore, aunt of Elliott's aunt, attesting to her knowledge of the marriage



EXHIBIT
10

The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the citizen/national
of the United States named herein to pass without delay or hindrance
and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni
difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las
autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos
aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la
ayuda y protección lícitas.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**



PASSPORT
PASSEPORT
PASAPORTE

USA

**UNITED STATES OF AMERICA**

Type / Type / Tipo　Code / Code / Código　Passport No. / No. du Passeport / No. de Pasaporte
P　　　　　　USA

Surname / Nom / Apellidos
**HENLEY**
Given names / Prénoms / Nombres
**ELLIOTT SINCLAIR**
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
**28 Nov 1944**
Sex / Sexe / Sexo　Place of birth / Lieu de naissance / Lugar de nacimiento
M　　　**INDIANA, U.S.A.**
Date of issue / Date de délivrance / Fecha de expedición
**28 Mar 2002**
Date of expiration / Date d'expiration / Fecha de caducidad
**27 Mar 2012**
Authority / Autorité / Autoridad
**Chicago**
**Passport Agency**
Amendments / Modifications / Enmiendas
**See Page 24**

P<USAHENLEY<<ELLIOTT<SINCLAIR<<<<<<<<<<<<<<<<
0275126049USA4411282M1203277<<<<<<<<<<<<<<02



CLASS UNTIL

APR 2 6 2002

U.S.IMMIGRATION
SFR 3034
ADMITTED
130

訪客一批准由下列入境
日期起逗留 90 天
VISITOR - Permitted to remain
for ninety days from date of
entry as shown below

HONG KONG
-1 FEB 2003
IMMIGRATION
(3564)

Entrées / Entradas  Visas  Départures Sorties / Salidas

Entrées / Entradas  Visas  Départures Sorties / Salidas







## ILLINOIS INSURANCE CARD

The vehicle described below is covered by a liability policy that meets the requirements of the compulsory insurance law of Illinois.

**Company**
27998

**Agent**
037/475

THE TRAVELERS HOME AND MARINE INSURANCE COMPANY

**Policy Number**
960760381 101 L   RENEWAL

**Year**
06

**Make/Model**
CHRYS 300C

**Effective Date**
01/11/08

**Expiration Date**
07/11/08

**Vehicle Identification Number**
2C3LA63H56H190071

**Agent**
ROCKWOOD-300-HART-JON A
20 N WACKER DRIVE
SUITE 960
CHICAGO IL 60606

**Insured**
ELLIOTT S & MARIA H HENLEY
652 SETTLEMENT DR
MAPLE PARK IL 60151-7606

KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

See Important Notice On Reverse Side.

ACRC-06 (01/06)

**TRAVELERS**

# ACORD™  ILLINOIS PERSONAL AUTO APPLICATION

**DATE (MM/DD/YYYY)** 12/21/2006

**AGENCY**
The Rockwood Company
Jon A Hart
20 N Wacker Drive, Suite #960
Chicago                          IL 60606
(312) 621-2200
CODE: 0G7375     SUBCODE: 3400
AGENCY CUSTOMER ID          HENLELLI

**APPLICANT'S NAME AND MAILING ADDRESS (Include county & ZIP+4)**   Kane
Elliott S & Maria H Henley
652 Settlement Drive

Maple Park                    IL 60151-7606

**NAIC CODE** 27998
**TELEPHONE NUMBER** (815) 827-3093

**CO/PLAN**
Travelers Home & Marine
**POL#:** 1
**ACCT#:** 946860113-ACCT BILL

| EFFECTIVE DATE | EXPIRATION DATE | X | DIRECT BILL | X | MAIL POLICY TO AGENT | PAYMENT PLAN |
|---|---|---|---|---|---|---|
| 1/11/2007 | 7/11/2007 | | AGENCY BILL | | MAIL POLICY: TO APPL | |

**RESIDENCE**   CURRENT RESIDENCE IS  X  OWNED     RENTED

| YRS AT ADDR | | PREVIOUS ADDRESS (If less than 3 years) |
|---|---|---|
| CURR 1 | PREV 2 | 407 S 19th Street, Apt C |
| | | St Charles          IL  60174 |

**GARAGE LOCATION IF DIFF FROM ABOVE (Inc county & ZIP)**   VEH #

**VEHICLE DESCRIPTION/USE**   TOTAL NUMBER OF VEHICLES IN HOUSEHOLD: 3

| VEH | YEAR | MAKE, MODEL AND BODY TYPE | VIN/REGISTERED STATE | | DATE LEASED | DATE PURCH | NEW/USED |
|---|---|---|---|---|---|---|---|
| | 1995 | Nissan Quest | 4N2DN11W0SD827159 | IL | | | |
| | 2007 | Cadillac Escalade | 1GYFK66897R213808 | IL | | | |
| | 1998 | Ford Explorer | 1FMZU35P6WUB18067 | IL | | | |

| VEH | COST NEW | SYMBOL AGE GRP | TERR | MILE 1 WAY WK/SCHL | # DAYS WEEK | # WKS MONTH | USAGE | PER-FORM | CAR MAR | CAR POOL | GAR-AGED | ODOMETER READING | ANNUAL MILEAGE | GOVERN DRIVER | DRIVER USE % (Each veh must equal 100%) | | CLASS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 06 | 0151 | | 5 | 4 | W | B | M | N | G | | | 3 | 0 | 5 | 95 | |
| | 23 | 0151 | 0 | 0 | W | B | M | N | G | 91,978 | 1,200 | 1 | 80 | 10 | 10 | |
| | 10 | 0151 | 12 | 5 | 4 | W | B | M | N | G | | | 2 | 0 | 95 | 5 | |

| VEH | PASSIVE SEAT BELT | AIRBAG DRV/BOTH | ANTI-LOCK BRAKES 2/4 | ANTI-THEFT DEVICES | CREDITS AND SURCHARGES | VEH | PASSIVE SEAT BELT | AIRBAG DRV/BOTH | ANTI-LOCK BRAKES 2/4 | ANTI-THEFT DEVICES | CREDITS AND SURCHARGES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | B | | | | 2 | | | | | |
| | | B | | | | | | | | | |

**COVERAGES/PREMIUMS**

| COVERAGES | | LIMITS OF LIABILITY | | | | VEHICLE # 1 | VEHICLE # 2 | VEHICLE # 3 | VEHICLE # |
|---|---|---|---|---|---|---|---|---|---|
| SINGLE LIMIT LIABILITY (CSL) | $ | 300,000 | EA ACCIDENT | | | $ 127.00 | $ 154.00 | $ 173.00 | $ |
| BODILY INJURY LIABILITY | | | EA PERSON | $ | EA ACCIDENT | $ | $ | $ | $ |
| PROPERTY DAMAGE LIABILITY | | | EA ACCIDENT | | | $ | $ | $ | $ |
| MEDICAL PAYMENTS | | 5,000 | EA PERSON | | | $ 22.00 | $ 18.00 | $ 17.00 | $ |
| UNINSURED MOTORISTS | CSL $ | 300,000 | EA ACCIDENT | | | $ 18.00 | $ 18.00 | $ 18.00 | $ |
| | BI $ | | EA PERSON | $ | EA ACCIDENT | | | | |
| | PD $ | | | | DEDUCTIBLE | | | | |
| UNDERINSURED MOTORISTS | CSL $ | 300,000 | EA ACCIDENT | | | $ 6.00 | $ 6.00 | $ 6.00 | $ |
| | BI $ | | EA PERSON | $ | EA ACCIDENT | | | | |
| COMPREHENSIVE | DED $ | 500 | $ | 500 | $ 500 | $ 15.00 | $ 44.00 | $ 20.00 | $ |
| COLLISION | DED $ | 500 | $ | 500 | $ 500 | $ 35.00 | $ 149.00 | $ 56.00 | $ |
| ACV UNLESS AMOUNT STATED | | | | | | | | | |
| TOWING & LABOR | $ | 50 | $ | 50 | $ 50 | $ 4.00 | $ 4.00 | $ 4.00 | $ |
| TRANS EXP/RENTAL RE | $ | 30/ 900 | $ | 30/ 900 | $ 30/ 900 | $ 8.00 | $ 8.00 | $ 8.00 | $ |
| ADDITIONAL COVERAGES/ENDORSEMENTS (Include limit, deductible, premium) | POLICY FEE: $ | | | | TOTAL PER VEHICLE | $ 235.00 | $ 401.00 | $ 302.00 | $ |

| | ESTIMATED TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|
| | $ 938.00 | $ | $ 938.00 |

**RESIDENT & DRIVER INFORMATION [List all residents & dependents (licensed or not) and regular operators]**

| # | NAME (AS IT APPEARS ON LICENSE) | SEX | MAR STAT | REL TO APPLIC | DATE OF BIRTH | OCC | DATE LIC | SDT >100 | GOOD STDT | DRV TRAIN | ACC PREV CSE DATE | DRIVERS LICENSE #/LIC STATE | SOCIAL SECURITY # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Elliott S Henley | M | M | | 11/28/1944 | RE | 11/28/1960 | N | N | | | H540-2174-4338 | IL | |
| 2 | Maria H Henley | F | M | | 12/3/1970 | | 12/3/1986 | N | N | | | H540-5507-0944 | IL | |
| 3 | Nick Henley | M | S | R | 2/4/1971 | | 2/4/1987 | N | N | | | H540-1127-1035 | IL | |

**ACCIDENTS/CONVICTIONS (Note: Your driving record is verified with the state motor vehicle department)**

HAS ANY DRIVER SHOWN ABOVE HAD AN ACCIDENT, REGARDLESS OF FAULT, OR BEEN CONVICTED OF A MOVING VIOLATION WITHIN THE LAST 5 YEARS?   YES  X  NO

IF YES, INDICATE BELOW. ALSO INCLUDE COMPREHENSIVE INSURANCE LOSSES.

| DRV | DATE OF ACCIDENT/CONVICTION | DESCRIPTION OF ACCIDENT OR CONVICTION | PLACE OF ACCIDENT/CONVICTION | BI OR DEATH YES NO | AMOUNT OF PROPERTY DAMAGE |
|---|---|---|---|---|---|

ACORD 90 IL (2003/10)                    PLEASE COMPLETE REVERSE SIDE                    © ACORD CORPORATION 1991



## Rewards Gold Card
## Statement of Account

**16,661**
**Membership Rewards®**
**Points Available**
at 03/30/08, when charges due are paid i
full and all accounts are in good standing

Prepared For
MARIA J HENLEY

Account Number
XXXX-XXXXX5-11002

Closing Date
03/30/08

Page 1 of 12

| | Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ | |
|---|---|---|---|---|---|---|
| Due in Full | 832.12 | -832.12 | 1,639.41 | 1,639.41 | 1,639.41 | **Please Pay By** |
| Flexible | 0.01 | -0.01 | 0.00 | 0.00 | 0.00 | **04/14/08** |
| Total | 832.13 | -832.13 | +1,639.41 | =1,639.41 | 1,639.41 | |

Please refer to page 5
for important information
regarding your account

**See Page 9    For A Notice Of Changes To Your Agreement**

**See Page 11   For An Important Privacy Notice**

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com.**  For
additional contact information, please see the reverse side of this page.

## SIGN UP FOR THE
# Irregular Account Activity Alert.

Suspicious account activity? We'll notify you right away and help
set it straight. Go to **americanexpress.com/myalerts**



## Activity   * Indicates posting date

| | | Amount $ |
|---|---|---|
| 03/12/08* | PAYMENT RECEIVED - THANK YOU | |
| 03/12/08* | PAYMENT RECEIVED - THANK YOU | -151.13 |
| **Total of Payment Activity** | | -681.00 |

**Due in Full Activity for MARIA J HENLEY**                    **-832.13**
Card XXXX-XXXXX5-11002

| 03/03/08 | OAKBROOK TERRACE CITOAKBROOK TERRACE   IL | Amount $ |
|---|---|---|
| | 630-495-7974 | |
| | Description              Price | 43.00 |
| | GAS/MSC96 28432116       43.00 | |

Please fold on the perforation below, detach and return with your payment  ↓

Continued  on  Page  3

| Prepared For | | | |
|---|---|---|---|
| **MARIA J HENLEY** | Account Number **XXXX-XXXXX5-11002** | Closing Date **03/30/08** | Page 3 of 12 |

## Due in Full continued

| | | | Amount $ |
|---|---|---|---|
| 03/03/08 | BD'S MONGOLIAN GRILLBOLINGBROOK<br>6309720450<br>Description<br>FOOD/BEVERAGE | IL | 33.00 |
| 03/10/08 | CASEYS      023556MAPLE PARK      IL<br>5159656184 | | 40.48 |
| 03/15/08 | BP 2670 BP OIL 16063AURORA      IL<br>BP 2670 | | 20.02 |
| 03/15/08 | CAMPTON SQUARE ORAL ST. CHARLES<br>6305136440<br>Description           Price<br>DOCTOR                30.00 | IL | 30.00 |
| 03/15/08 | CAMPTON SQUARE ORAL ST. CHARLES<br>6305136440<br>Description           Price<br>DOCTOR                193.75 | IL | 193.75 |
| 03/16/08 | CASEYS      023556MAPLE PARK      IL<br>5159656184 | | 43.83 |
| 03/16/08 | BEST BUY MHT  0387 GENEVA      IL<br>ELECTRONICS STORE | | 42.79 |
| 03/16/08 | WAL-MART  1898      ST CHARLES      IL<br>GENERAL MERCHANDISE | | 28.30 |
| 03/17/08 | JCPENNEY STORE 1190 LOMBARD<br>DEPARTMENT STORE<br>Description<br>8-20 TOPS | IL | 19.37 |
| 03/17/08 | THE CHILDRENS PLACE LOMBARD<br>6309327413 | IL | 65.19 |
| 03/21/08 | CINGWS*266615458ILL FARMERS BRA<br>8003310500<br>Description<br>TELEPHONE SERV | TX | 125.76 |

## Total of Due in Full Activity for MARIA J HENLEY        685.49

## Due in Full Activity for ELLIOTT S HENLEY
Card XXXX-XXXXX5-12018

| | | | |
|---|---|---|---|
| 02/28/08 | BEST BUY MHT  0387 GENEVA      IL<br>ELECTRONICS STORE | | 97.34 |
| 03/01/08 | QVC 800 367 9444 WESWEST CHESTER<br>212739033901, 4 OF 5 | PA | 8.14 |
| 03/01/08 | QVC 800 367 9444 WESWEST CHESTER<br>212854341601, 1 OF 3 | PA | 16.66 |
| 03/02/08 | QVC 800 367 9444 WESWEST CHESTER<br>212739025101, 4 OF 5 | PA | 10.16 |
| 03/03/08 | QVC 800 367 9444 WESWEST CHESTER<br>339249377401 | PA | 32.88 |
| 03/04/08 | QVC 800 367 9444 WESWEST CHESTER<br>339249268701 | PA | 31.12 |
| 03/06/08 | QVC 800 367 9444 WESWEST CHESTER<br>339266913701 | PA | 36.06 |
| 03/08/08 | QVC 800 367 9444 WESWEST CHESTER<br>338888483801, 2 OF 5 | PA | 64.87 |
| 03/09/08 | HOME SHPG NETWORK 1 ST. PETERSBURG      FL<br>1-800-284-3900<br>Description<br>PAYMENT 02 OF 02 | | 34.95 |

*Continued on reverse*



TCF NATIONAL BANK
800 BURR RIDGE PKWY
BURR RIDGE, IL 60527

**TCF BANK**
*Since 1923*

*Open 7 Days*℠

Page 1
STATEMENT DATE
03-14-08

## S T A T E M E N T

4

    4      286 92
MARIA HELEN JUNIO HENLEY
OR ELLIOTT S. HENLEY
652 SETTLEMENT DR
MAPLE PARK IL  60151-7606

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

TCF BANK AND VISA(R) ARE COMMITTED TO PROTECTING YOUR ACCOUNT FROM FRAUDULENT CARD TRANSACTIONS.
TO MORE QUICKLY ALERT YOU TO POTENTIAL CARD FRAUD, YOU MAY RECEIVE AN AUTOMATED CALL FROM VISA FRAUD
PREVENTION SERVICES.  IN SELECT CIRCUMSTANCES A TEMPORARY BLOCK MAY BE PLACED ON YOUR TCF CARD
TO DECLINE FURTHER CARD TRANSACTION AUTHORIZATIONS.  IF THIS SHOULD OCCUR, PLEASE CONTACT VISA FRAUD
PREVENTION SERVICES AT THE NUMBER PROVIDED IN THE CALL OR CONTACT TCF BANK AT 1-800-TCF BANK.
TCF MAKES IT SIMPLE AND EASY TO BORROW MONEY.  CONSIDER A HOME EQUITY LOAN OR LINE OF CREDIT FOR
DEBT CONSOLIDATION, AUTO\BOAT\RV LOAN OR TO TURN YOUR SPRING PROJECTS INTO A REALITY!  STOP BY
YOUR NEIGHBORHOOD TCF BANK TO VISIT WITH ONE OF OUR EXPERIENCED LOAN OFFICERS OR APPLY NOW AT
WWW.TCFBANK.COM.  EQUAL HOUSING LENDER.

## 55+ CHECKING
**ACCOUNT NUMBER**
**ACCOUNT SUMMARY**

STATEMENT PERIOD 02-15-08 THROUGH 03-14-08

| BALANCE 02-14-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 03-14-08 |
|---|---|---|---|
| 596.38 | 1,371.11 | 1,019.82 | 245.09 |

INTEREST EARNED IN STATEMENT PERIOD          .02
ANNUAL PERCENTAGE YIELD EARNED     .05%

INTEREST PAID IN 2007          1.29

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1458 | 50.00 | 0219 | 42102616 | * 1465 | 100.00 | 0314 | 45013069 | 1466 | 151.13 | 0314 | 45013062 |
| * 1460 | 430.00 | 0229 | 45021956 | | | | | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0215 | 37.68 | EXPRESS # 0279 LOMBARD    IL | 0221 | 8.57 | STARBUCKS USA 0002 BARTLETT    IL |
| 0215 | 19.50 | AMC YORKTOWN 10400 Lombard    IL | 0222 | 1.00 | REDBOX DVD 040-347 ELBURN    IL |
| 0218 | 14.69 | DENNY'S #6714 N. AURORA    IL | 0225 | 25.99 | SS AUTO REPAIR INC ST CHARLES    IL |
| 0218 | 14.54 | CASEYS       0002 MAPLE PARK    IL | 0225 | 14.51 | CASEYS       0002 MAPLE PARK    IL |
| 0218 | 11.81 | BROWN'S CHICK & PA ST CHARLES    IL | 0225 | 11.67 | JEWEL OSCO #3374 SUGAR GROVE    IL |
| 0219 | 31.29 | SPEEDWAY 8307 AURORA    IL | 0226 | 27.28 | CASEYS       0002 MAPLE PARK    IL |
| 0220 | 5.38 | MEIJER INC #182 ST CHARLES    IL | 0227 | 28.96 | MEIJER INC #182 ST CHARLES    IL |
| 0220 | 3.47 | JEWEL-OSCO     3331 ST CHARLES    IL | 0227 | 27.14 | AUTOMATED WITHDRAWAL FARMERS N W LIFE    INS. PREM |
| 0221 | 16.74 | CASEYS       0002 MAPLE PARK    IL | 0228 | 20.00 | CASEYS       0002 MAPLE PARK    IL |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR USE OUR AUTOMATED PHONE SYSTEM, CALL: (847) 671-6746 OR
TOLL FREE CALL: 1 (800) 823-2265.  TDD 1 (800) 343-6145.  THANK YOU FOR BANKING WITH US.
NSF\OVERDRAFT FEE IS $34.



**TCF NATIONAL BANK**
800 BURR RIDGE PKWY
BURR RIDGE, IL 60527

*Since 1923*

*Open 7 Days℠*

Page 2
STATEMENT DATE
03-14-08



S T A T E M E N T

4      286 92
MARIA HELEN JUNIO HENLEY
OR ELLIOTT S. HENLEY
652 SETTLEMENT DR
MAPLE PARK IL   60151-7606

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|------|--------|-------------|
| 0303 | 101.04 | AUTOMATED WITHDRAWAL<br>WAMU/PVN CARD        CHECKPAYMT<br>01462 | 0310 | 55.16 | AUTOMATED WITHDRAWAL<br>Target Natl Bank      CHECKPYMT<br>01463 |
| 0303 | 50.00 | RECURRING TRANSFER WITHDRAWAL<br>TO ACCOUNT      8867481141 | 0310 | 18.81 | SPEEDWAY 8307<br>AURORA        IL |
| 0303 | 21.53 | AUTOMATED WITHDRAWAL<br>WFNNB CREDITCARD    CHECK PYMT<br>1461 | 0311 | 20.15 | THORNTONS     #0139<br>N AURORA      IL |
| 0303 | 20.39 | CASEYS       0002<br>MAPLE PARK    IL | 0314 | 14.06 | JEWEL OSCO #3374<br>SUGAR GROVE  IL |
| 0307 | 18.62 | CHINA GARDEN<br>ELBURN       IL | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|------|--------|-------------|
| 0218 | 500.00 | AUTOMATED PHONE TRANSFER DEP<br>FROM ACCOUNT 6875627227 | 0311 | 300.00 | AUTOMATED PHONE TRANSFER DEP<br>FROM ACCOUNT 6875627227 |
| 0226 | 19.80 | ESI*EASY SAVER<br>888-595-9379 MD | 0314 | .02 | INTEREST PAID |
| 0305 | 200.00 | AUTOMATED PHONE TRANSFER DEP<br>FROM ACCOUNT 6875627227 | | | |

April 22, 2008

To Whom It May Concern:

I, Brenda J. Taylor, am the first cousin of Elliott Henley. We have known each other all of our lives. We were practically raised as brother and sister.

I had talked with Helen several times over the telephone during Elliott's illness. I have met Maria Helen J. Henley several times. I first met her when they moved into their apartment. I visited them again in October 2007 when they moved into their new home. I am also aware of their marriage in December 2002.

Notary Public

My Commission Expires May 9, 2008

April 21, 2008


Jimmie Goodloe
658 Goodloe Road
Canton, MS 39046


For your information:

I, Jimmie Goodloe, am the aunt of Elliot Sinclair Henley.

I am very much aware of my nephew's marriage to Maria Helen J. Henley which took place in 2002. I also had the opportunity of visiting Elliott and Maria in their new home in October, 2007.

If you have need for further information, please contact me at (601) 859-1507 between 9:30 a.m. and 5:00 p.m.


Respectfully yours,

*Jimmie Goodloe*

Jimmie Goodloe


*Moses E. Thompson*
*Notary Public*
MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES NOV 19, 2008
BONDED THRU NOTARY SERVICE

April 21, 2008

**To Whom It May Concern:**

I, Marcell LeFlore, age 78, aunt of Elliott Sinclaire Henley do acknowledge the fact that Elliott married Maria Helen J. Henley in December 2002.

I have known Elliott since his birth. His mother, my sister, was living with us (parents) in Gary, IN when he was born. I met Helen, his wife, twice and spent times with him in his home.

Sincerely,

Marcell LeFlore

PATRICIA D JOHNSON
NOTARY PUBLIC STATE OF INDIANA
LAKE COUNTY
MY COMMISSION EXP. NOV. 15,2009

Patricia D. Johnson

4-21-2008