# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Elliott Henley, & Maria Henley

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff: Kane County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Washington, D.C.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
AzulaySeiden Law Group
205 N. Michigan Avenue, 40th floor, Chicago, IL 60601
312-832-9200

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 2 U.S. Government Defendant

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X] 1

## IV. NATURE OF SUIT
[X] 890 Other Statutory Actions

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Complaint for writ of mandamus, 5 USC 702, failure to adjudicate immigration forms I-485 and I-130.

## VII. PREVIOUS BANKRUPTCY MATTERS

**VIII. REQUESTED IN COMPLAINT:** JURY DEMAND: [X] No

**IX. This case** [X] is not a refiling of a previously dismissed action.

DATE: 8/18/08
SIGNATURE OF ATTORNEY OF RECORD: [signature]