## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Henley, et al. | FILED: AUGUST 18, 2008 |
| v. | 08CV4697 |
| Chertoff, et al. | JUDGE ST. EVE |
| | MAGISTRATE JUDGE MASON |
| | NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Elliott Henley and Maria Henley, Plaintiffs

| NAME (Type or print) |
|---|
| Taiyyeba Safri |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Taiyyeba Safri |

| FIRM |
|---|
| AzulaySeiden Law Group |

| STREET ADDRESS |
|---|
| 205 N. Michigan Avenue, 40th floor |

| CITY/STATE/ZIP |
|---|
| Chicago/Illinois/60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6288568 | 312-832-9200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |